

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00794-CV

Frank **HERRERA**,
Appellant

v.

**INTERTERRA HOLDINGS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV05121
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On November 22, 2022 appellant filed an emergency motion to stay a writ of possession and eviction. Because appellant has not yet paid a supersedeas bond, we **DENY** the stay. See TEX. PROP. CODE ANN. § 24.007 ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.").

It is so **ORDERED** November 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT